**Below is the Order of the Court.**

_____
Karen A. Overstreet
U.S. Bankruptcy Judge
**(Dated as of Entered on Docket date above)**

_____

| | |
|---|---|
| LAW OFFICE OF KEN SCHNEIDER, PS<br>2015 33rd Street<br>Everett, WA 98201<br>(425) 258-2704 | The Honorable Karen A. Overstreet<br>United States Bankruptcy Judge |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | | |
|---|---|---|
| In re BRETT W. DUNNINGTON | ) | IN PROCEEDINGS UNDER CH. 13 |
| | ) | |
| | ) | NO. 14-10099 |
| Debtor(s). | ) | |
| _____ | ) | |
| TAMMY EARLY-WALL | ) | |
| | ) | |
| Plaintiff(s), | ) | JUDGMENT DETERMINING |
| | ) | DEBT DISCHARGEABLE |
| v. | ) | |
| | ) | |
| BRETT W. DUNNINGTON | ) | |
| | ) | |
| | ) | ADV. NO. 14-01107 |
| Defendant(s). | ) | |
| _____ | ) | |

**JUDGMENT ORDER ON PLAINTIFF'S COMPLAINT TO DETERMINE NON-DISCHARGEABILITY OF DEBTS PURSUANT TO 11 USC §523(a)(5)**.

| | |
|---|---|
| JUDGMENT DETERMINING<br>DEBT DISCHARGEABLE - 1 | LAW OFFICE OF KEN SCHNEIDER, PS<br>2015 33RD STREET<br>EVERETT, WA 98201 (425) 258-2704 |

The court having held a trial on November 18, 2014 on plaintiff's complaint to determine non-dischargeability of debts and having stated the reasons for its decision in a written Letter Ruling, dated and filed December 11, 2014 [Docket No. 25, as amended by Dkt. No. 30] determines that the balance of the $45,000.00 order to be paid by Brett Dunnington to Tammy Earley-Wall in their divorce decree is dischargeable under Section 523(a)(5).

///End of Order///

Presented by:

/s/ Ken Schneider
Ken Schneider WSBA #22410
Attorney for defendant

Copy received; Approved for Entry;
And Notice of Presentation waived:

__/s/ Gregory Davies_____
Gregory Davies, WSBA #11235
Attorney for Plaintiff

JUDGMENT DETERMINING
DEBT DISCHARGEABLE - 2

LAW OFFICE OF KEN SCHNEIDER, PS
2015 33RD STREET
EVERETT, WA 98201 (425) 258-2704