**Below is the Order of the Court.**

_____
Karen A. Overstreet
U.S. Bankruptcy Judge
**(Dated as of Entered on Docket date above)**

_____

Karen A. Overstreet
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6301
Seattle, WA 98101
206-370-5330

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>BRETT W. DUNNINGTON,<br><br>              Debtor(s). | Case No. 14-10099 |
| TAMMY EARLEY-WALL,<br><br>              Plaintiff,<br>v.<br><br>BRETT W. DUNNINGTON,<br><br>              Defendant. | Adv. No. 14-01107<br><br>ORDER DETERMINING DEBTS DISCHARGEABLE |

    This matter having come regularly for a hearing by this Court, the Court being fully advised in the premises, the Court having considered the pleadings filed in this action. Based

Order - 1

upon the argument of counsel and the evidence presented, the Court finds as follows:

1. Having stated the reasons for its decision in a Letter Ruling dated and filed December 11, 2014, [Dkt. No. 25, as amended by Dkt. No. 30, both incorporated herein by reference], the balance of the $45,000.00 order to be paid by Brett Dunnington to Tammy Earley-Wall in their divorce decree is dischargeable under 11 U.S.C. Section 523(a)(5).

It is hereby ORDERED, ADJUDGED and DECREED that:

1. The balance of the $45,000 order to be paid by Brett Dunnington to Tammy Earley-Wall in their divorce decree is dischargeable under 11 U.S.C. Section 523(a)(5).

///END OF ORDER///

Order - 2